

# LiUNA!

April 9, 2019

**TERRY O'SULLIVAN**
*General President*

**ARMAND E. SABITONI**
*General Secretary-Treasurer*

*Vice Presidents:*

TERRENCE M. HEALY
RAYMOND M. POCINO
JOSEPH S. MANCINELLI
ROCCO DAVIS
*Special Assistant to the General President*
VINCENT R. MASINO
DENNIS L. MARTIRE
ROBERT E. RICHARDSON
RALPH E. COLE
JOHN F. PENN
OSCAR De La TORRE
SERGIO RASCON
ROBERT F. ABBOTT
SAMUEL STATEN, JR.
PAUL V. HOGROGIAN

THEODORE T. GREEN
*General Counsel*

HEADQUARTERS:
905 16th Street, NW
Washington, DC
20006-1765
202-737-8320
Fax: 202-737-2754
www.liuna.org

SENT VIA FAX/EMAIL

Mr. Robert A. Ximenes, President
Main Building Maintenance, Inc.
111 East Laurell St., Ste. 100
San Antonio, TX 78212

Re: Letter of Recognition/Bargaining

Dear Mr. Ximenes:

As you may be aware, the Laborers' International Union of North America (LIUNA) is the exclusive collective bargaining representative of employees of Main Building Maintenance, Inc. (MBM) working at the locations listed below that were awarded to MBM under the U.S. Air Force Hospital Aseptic Management Services (HAMS) Contracts.

In accordance with Article 2, Section 2 of our National Service Contract Agreement; at your request, we have fully executed authorization for representation cards by the majority of the employees ready to present to you. We respectfully request that you recognize LIUNA and its affiliated Local Unions at each site and this same Agreement becomes applicable effective 4/1/19.

LIUNA Represented Sites: Beale AFB Hospital, CA; Buckley AFB Hospital, CO; Ellsworth AFB Hospital, SD; Elmendorf AFB Hospital, AK; Fairchild AFB Hospital, WA; Hill AFB Hospital, UT; McConnell AFB Hospital, KS; Mt. Home AFB Hospital, ID; Offutt AFB Hospital, NE and US Air Force Academy Hospital, CO.

Please contact LIUNA International Representative Orlando A. Bonilla at 703-473-1325 or via email obonilla@maliuna.org to schedule a date and time to begin negotiations towards achieving Addendum A's between the parties at each new site listed above.

With kind regards, I am

Fraternally yours,

TERRY O'SULLIVAN
General President

tms
opeiuliuna

cc: Vice President Davis
    Vice President Abbott
    Vice President Penn

*Feel the Power*