Khalial Withen
Kevin Dougherty
Alaska District Council of Laborers
2501 Commercial Drive
Anchorage, AK 99501
Ph: (907) 276-1640
Fax: (907) 274-7289

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Laborers' International Union of North America, Local 341,<br><br>                Plaintiff,<br><br>v.<br><br>Main Building Maintenance, Inc.,<br><br>                Defendant | Case No.: 3:19-cv-00221-TMB |

## **NOTICE OF ARBITRATION SETTLEMENT**

Laborers' Local 341 is pleased to file this Notice of Arbitration Settlement, attached hereto.

Therefore, the plaintiff Local 341 agrees to the <u>Dismissed with Prejudice</u>, as so stated in the executed and attached document,

and respectfully submits the proposed Order for the Court.

*Laborers' Int'l Union of North America, Local 341 v. Main Building Maintenance, Inc.*
Case No.: 3:19-cv-00221-TMB
Page 1 of 2

Case 3:19-cv-00221-TMB   Document 19   Filed 06/18/20   Page 1 of 4

Respectfully Submitted on June 18, 2020,

                                        Kevin Dougherty
                                        Alaska District Council of Laborers
                                        Attorney for Plaintiff
                                        Alaska Bar No. 8111086
                                        2501 Commercial Drive
                                        Anchorage, AK 99501
                                        Ph: (907) 276-1640
                                        Fax: (907) 274-7289
                                        kdougherty@alaskalaborers.com

**CERTIFICATE OF SERVICE:**

This is to certify that a true and correct copy of the foregoing was served by electronic mail this 18 June 2020, to:

Mr. Ronald J. Shaw
Attorney for MBM Inc.
attorney@shawlawpllc.com

By: _____
     Kevin Dougherty

*Laborers' Int'l Union of North America, Local 341 v. Main Building Maintenance, Inc.*
Case No.: 3:19-cv-00221-TMB
Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 341, ON BEHALF OF SIMAIKA TAGALOA<br><br>Plaintiff,<br><br>VS.<br><br>MAIN BUILDING MAINTENANCE, INC.<br><br>Defendant | CASE NO. 3:19-cv-00221-TMB |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This Court finds that on March 3, 2020, the Court stayed this Case pending arbitration. This Case was arbitrated on June 8, 2020, under the FMCS Case No. 190515-07188; *Laborers' International Union of North America, Local 341 v. Main Building Maintenance, Inc.*, before Arbitrator John Reese. Prior to the conclusion of the Arbitration, the Parties conferred and entered into a settlement agreement and are requesting that this Case be dismissed with prejudice.

IT IS, THEREFORE, ORDERED ADJUDGED and DECREED that this Case is DISMISSED with Prejudice. All Parties shall bear their own costs.

Dated June ___, 2020.

_____
Timothy M. Burgess
United States District Judge

Page 1 of 2

EXHIBIT "A"

APPROVED:

SHAW LAW PLLC
5150 Broadway, Unit 619
San Antonio, Texas 78209

Tel.:    (210) 227-3737
Fax:    (210) 366-0805
E-mail:  attorney@shawlawpllc.com

By: *Ronald J. Shaw*

    Ronald J. Shaw
    SBN 18152300
    Attorney for Main Building Maintenance, Inc.
    in the Arbitration

ALASKA DISTRICT COUNCIL OF LABORERS
2501 Commercial Drive
Anchorage, Alaska 99501

Tel.:    (907) 276-1640
Fax:    (907) 274-7289

By: *[signature]* 6-18-20
    Kevin Dougherty
    ABN 8111086
    E-mail: kdoughtery@alaskalaborers.com
    Khalial Withen
    ABN 1311092
    E-mail: kwithen@alaskalaborers.com